# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156356

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM ALFRED GARDNER, IV,
      Defendant-Appellant.

SC: 156356
COA: 338522
Washtenaw CC: 14-000076-FC

_____/

By order of May 1, 2018, the application for leave to appeal the July 17, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Cameron* (Docket No. 155849). On order of the Court, leave to appeal having been denied in *Cameron* on July 10, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019



Clerk

s0923